B 2610C (Form 2610C) (12/15)

# UNITED STATES BANKRUPTCY COURT
for the

Middle District of Pennsylvania

In re  Jodi Lyn Easton

*Debtor*

Donald Mark Hopler

*Plaintiff*

v.

Jodi Lyn Easton

*Defendant*

Case No. 1:12-bk-02505

Chapter 7

Adv. Proc. No. 1:12-ap-00222

## JUDGMENT IN AN ADVERSARY PROCEEDING

The court has ordered that:

The plaintiff  Donald Mark Hopler , recover from the defendant  Jodi Lyn Easton , the amount of  five thousand one hundred eighty-six dollars and sixty one cents ($5,186.61).

Date: February 28, 2017

*CLERK OF COURT*

*Belinda Wagner*

Terrence S. Miller
by: BWagner