# Notice Recipients

District/Off: 0314–1  User: BWagner  Date Created: 2/28/2017
Case: 1:12–ap–00222–MDF  Form ID: pdf010  Total: 2

**Recipients of Notice of Electronic Filing:**
aty  Bret P Shaffer  bshaffer@ssbc–law.com
aty  Nicholas Matthew Matash  nmatash@midpenn.org

TOTAL: 2